**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: November 20, 2012**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | |
|---|---|
| In re: | : |
|  | :    CASE NO. 10-59678 |
| Keith Brian and Lori Ann Bleau | :    Chapter 13 - Caldwell |
|  | : |
| Debtors. | : |

**AGREED ORDER ON DEBTORS' OBJECTION TO CLAIM NO. 20 OF
<u>OHIO DEPARTMENT OF TAXATION [DOCKET NO. 41]</u>**

This matter is before the Court on Debtors' Objection to Claim No. 20 of Ohio Department of Taxation [Docket No. 41] and the Ohio Department of Taxation's Response [Docket No. 42]. The parties having reached an agreement as to all issues raised in the Objection and Response, it is hereby ORDERED:

That Claim No. 20 of the Ohio Department of Taxation be allowed as a general unsecured claim in the amount of $1,758.69.

IT IS SO ORDERED.

Agreed to:

| | |
|---|---|
| /s/ Brian M. Gianangeli | /s/ Matthew J. Thompson |
| Charles A. Mifsud (0070498) | Matthew J. Thompson (0040759) |
| Outside Counsel to the Ohio Attorney General | NOBILE & THOMPSON CO., L.P.A. |
| Brian M. Gianangeli (0072028) | 4876 Cemetery Road |
| THE LAW OFFICE OF | Hilliard, OH 43026 |
| CHARLES MIFSUD, LLC | Phone – (614) 529-8600 |
| 326 South High Street Annex, Suite 201 | Fax (614) 529-8656 |
| Columbus, Ohio   43215 | Attorneys for Debtors |
| Phone – (614) 224-8313 | |
| Fax – (614) 224-9986 | |
| Attorneys for The Ohio Department of Taxation | |

cc:     Default List

# # #